UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PEPSICO, INC., a Delaware corporation, | CASE NO. 2:22-cv-703 MJP <br><br> ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME |

Considering the parties' Joint Stipulated Motion for an Extension of Time for Defendant to file its Opposition and for Plaintiff to file a reply:

IT IS ORDERED that Defendant has until July 3, 2023 to file an opposition to Plaintiff's Motion for Summary Judgment.

IT IS FURTHER ORDERED that Plaintiff has until July 10, 2023 to file a reply.

IT IS SO ORDERED.

//

//

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated June 28, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge